# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

DATE: October 27, 1999

CLARA ABRAMS-SANTIAGO

   Plaintiffs

CIVIL NO. 98-1696 (DRD)

v.

HACIENDA CARABALI  .

   Defendants

---

**BY ORDER OF THE COURT**, the Pretrial Conference scheduled for today is re-set for **November 16, 1999 at 9:00 A.M.** before Honorable Daniel R. Domínguez.

———————————
COURTROOM DEPUTY

PARTIES NOTIFIED BY TELEPHONE & MAIL:

Jorge Ortíz Brunet, Esq.
Luis Angelet Frau, Esq.

