# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

DATE: November 22, 1999

CLARA ABRAMS SANTIAGO

   Plaintiffs

**CIVIL NO. 98-1696 (DRD)**

v.

HACIENDA CARABALI

   Defendants

**BY ORDER OF THE COURT**, the Pretrial Conference not held on

November 16, 1999 due to hurricane "Lenny" is re-scheduled for **January**

**13, 2000 at 5:00 P.M.** before Honorable Daniel R. Domínguez.

**COURTROOM DEPUTY**

PARTIES NOTIFIED BY TELEPHONE & MAIL:

Jorge Ortíz Brunet, Esq.
Luis Angelet Frau, Esq.

