UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

BEFORE HONORABLE **DANIEL R. DOMINGUEZ**

**MINUTES OF PROCEEDINGS**                    DATE: January 13, 2000

**CIVIL NO. 98-1696 (DRD)**

COURTROOM DEPUTY: Janet **GONZALEZ**

================================================================

CLARA ABRAMS SANTIAGO                <u>Attorneys:</u> John MUDD

    Plaintiffs

    v.

HACIENDA CARABALI                    Luis ANGELET FRAU

    Defendants

================================================================

    PRETRIAL CONFERENCE is held in chambers. Counsel apprize the Court as to the status of the case.

    The depositions of Nigel Linderman and of expert witnesses Jenaro Baquero and Mario Soriano are scheduled to be taken on February 7 and 9, 2000.

    The Court grants defendants a final term of sixty (60) days, until March 30, 2000, to file according to the Court's Standing Order a motion for summary judgment based on lack of negligence evidence and that by signing a release form plaintiff assumed the risks involved in riding a horse and accepted to release defendant of any liability for damages.

                                                _____

                                                COURTROOM DEPUTY

s/c: Counsel of record