UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) CLARA ABRAMS SANTIAGO,

CIVIL NO. 98-1696(DRD)

v.

Defendant(s) HACIENDA CARABALI, ET AL.

RECEIVED & FILED
00 APR 20 AM 10: 14
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

| MOTION | ORDER |
|---|---|
| Docket entry no. 19. | ☒ GRANTED. |
| Date: March 30, 2000. | ☐ DENIED. |
| Title: Motion Requesting Extension of Time to File Dispositive Motion. | ☐ MOOT. |
| | ☐ NOTED. |
| | **No further extension shall be granted.** |

Date: 4/19/2000.

**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**

20