UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                DATE: SEPTEMBER 14, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**            CASE NO. CIVIL ~~98-16196~~ 98-1696 (JAG)

=================================================================

CLARA ABRAMS SANTIAGO

                                  Attorneys:
                                  For
     VS

                                  For Defendant:

HACIENDA CARABALI

=================================================================

By Order of the Court an Initial Scheduling Conference in the above-mentioned case is hereby scheduled for **TUESDAY, October 3, 2000 at 3:30 PM before Judge Garcia Gregory.**

Parties to be notified.

                                        _____
                                        LILY ALICEA
                                        COURTROOM DEPUTY