UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                    DATE:OCTOBER 3, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY:  Lily **ALICEA**            **CIVIL. 98-1696 (JAG)**

================================================================

CLARA ABRAMS SANTIAGO                 Attorneys:
                                      For Plaintiffs: JOHN MUDD

        VS

                                      For Defendant:
HACIENDA CARABALI                     LUIS ANGELET FRAU


================================================================

Case called for status conference Theory of the parties heard.

Parties file a motion for summary judgment and its opposition.

Court will decide if a settlement conference is needed.

Parties to be notified


                        _____
                                 By:  LILY ALICEA
                              COURTROOM DEPUTY

