# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

CLARA ABRAMS

   **Plaintiff(s)**

   **v.**                                    **CIVIL NUMBER:** 98-1696 (JAG)

HACIENDA CARABALI, ET AL

   **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 09/11/00 | |
| **Title:** Motion Requesting the Filing of Motion for Summary Judgment and its Opposition and for Final Status Conference | The parties appeared before the Court for a Status Conference on October 3, 2000 in which the issues raised by this motion were addressed. |
| **Dockets**: 24 | |
| [x ] Plffs    [ ] Defts    [ ] Other | |

**Date:** October _16_ , 2000

**JAY A. GARCIA-GREGORY**
**U.S. District Judge**