IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CLARA ABRAMS SANTIAGO

**Plaintiff(s)**

v.   CIVIL NO. 98-1696 (JAG)

HACIENDA CARABALI, et al

**Defendant(s)**

---

## ORDER

The parties shall meet with the Court for a Pre-Trial and Settlement Conference on October 30, 2001 at 4:00 p.m. The Jury Trial shall be held on November 26, 2001 at 9:30 a.m.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 26th day of September, 2001.

JAY A. GARCIA-GREGORY
United States District Judge