UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**          DATE: OCTOBER 30, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**          **CASE NO. CIVIL 98-1696(JAG)**
================================================================

CLARA ABRAMS SANTIAGO                Attorneys: JOHN MUDD
                                     JORGE ORTIZ BRUNET
           VS
HACIENDA CARABALI                    LUIS ANGELET FRAU

---

Case called for pretrial and settlement conference. Attorney for defendant informs that he has pending a motion for reconsideration. The motion to amend the complaint is hereby denied by the Court.

After several attempts between the Court and the parties the parties inform the Court that they have settled the case. Court grants the parties until next Friday, **November 2, 2001** to file the settlement papers.

Parties to be notified.

_Lily Alicea_
Lily Alicea-Courtroom Deputy


