IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CLARA ABRAMS SANTIAGO

    Plaintiff(s)

    v.                      CIVIL NO. 98-1696 (JAG)

HACIENDA CARABALI, et al

    Defendant(s)

### JUDGMENT

Upon the Settlement Stipulation and Request for Entry of Judgment filed by the parties, the Court dismisses this case with prejudice.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 13th day of November 2001.

                                  JAY A. GARCIA-GREGORY
                                  U.S. District Judge


